# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JUAN FULANOS Nos. 1-40** and **JUANA FULANO,**
Appellants,

v.

**FANJUL CORPORATION, BIESTERFELD INTERNATIONAL GMBH,** and **BIESTERFELD U.S., INC.,**
Appellees.

No. 4D18-2913

[June 27, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 2018CA000694XXXXMB.

Robert T. Vance, Jr. of the Law Offices of Robert T. Vance, Jr., Philadelphia, PA, for appellants.

Frederick W. Reif and Anthony P. Strasius of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, Miami, for appellee Biesterfeld U.S., Inc.

PER CURIAM.

*Affirmed.*

WARNER and CIKLIN, JJ., and SINGHAL, RAAJ, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***